Edward London v. Philip Menschel and Joseph Gropper.— Motion denied, with ten dollars costs.

In the Matter of George Smith, Deceased.— Motion to dismiss appeal granted, with ten dollars costs.

Lorena R. Jones v. George H. Calvert and Others, as Ancillary Receivers.— Motion to dismiss appeal granted, with ten dollars costs.

Edward W. S. Johnston v. Martin T. Garvey.— Motion denied, without costs. See memorandum per curiam.

Alfred De Jong v. Sarah De Jong.— Motion to dismiss appeal granted, with ten dollars costs.

The People of the State of New York ex rel. James G. Collins v. John F. Ahearn, etc.— Motion to dismiss appeal denied, with ten dollars costs.

Clarence L. Lowther v. William H. Rader and Others.— Motion to dismiss appeal granted, with ten dollars costs.

Herman Feinberg v. Fella Feinberg, Sued as "Fella Hochman."— Motion denied.

Jacob Baust, as Administrator, etc., v. Charles Dauth, Impleaded.— Motion to dismiss appeal granted, with ten dollars costs.

Frances Batonyi v. Aurel Batonyi.— Motion to dismiss appeal granted, with ten dollars costs.

Samuel Riker v. George Nicholas, Impleaded.— Motion to dismiss appeal granted, with ten dollars costs.

Frank M. Howe v. William H. Stuart. Charles J. Davis v. Long Island Railroad Company. Thomas F. White Company v. Adrian H. Joline and Another, as Receivers. Robert Wilson v. Adrian H. Joline and Another, as Receivers. William R. Fair and Others v. Adrian H. Joline and Another, as Receivers. Munford W. Lyon v. Stella R. Bellows. Benjamin Daniel v. Brooklyn Heights Railroad Company.— Applications to appeal from Appellate Term denied, with ten dollars costs. Orders signed.

Julia S. Newman v. Julian Benedict.— Application granted. Order signed.

Julia S. Newman v. Julian Benedict.— Motion granted.

Guiseppe Priolo v. Thomas J. Mooney, Impleaded.— Motion denied, with ten dollars costs.

Edgar J. Levey v. Brooklyn Union Publishing Company.— Motion granted; question certified. Order signed.

James A. Grant and Others v. Cananea Consolidated Copper Company.— Motion denied, with ten dollars costs.

Felix N. De Luca and Others v. Scheer-Ginsberg Realty & Construction Company.— Motion denied, with ten dollars costs.

William A. Woodbury and Others v. Robert Buggeln and Others.— Motion to dismiss appeal granted, with ten dollars costs.

Herman Feinberg v. Fella Feinberg.— Motion granted.

Eva S. Cochran and Others v. Elizabeth Reich and Others.— Motion granted.

Ignatz Schmitt v. Kathinka Simon.— Motion granted, as indicated in memorandum per curiam. Settle order on notice.